**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| **KYLER LYONS,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**LIBERTY UNIVERSITY, INC.,**<br><br>**Defendant.** | **Civil Action No. 6:26-cv-00007** |

**DEFENDANT LIBERTY UNIVERSITY, INC.'S**
**MOTION TO DISMISS**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendant Liberty University, Inc., moves this Court for an order dismissing all the claims asserted in the Class Action Complaint because Plaintiff lacks standing and the Complaint fails to state a claim entitling Plaintiff to relief. The reasons supporting this request are set forth in the accompanying brief in support.

Dated: April 10, 2026

*/s/ Timothy St. George*
Timothy St. George
Virginia State Bar No. 77349
**TROUTMAN PEPPER LOCKE LLP**
Noah J. DiPasquale
Virginia State Bar No. 96519
1001 Haxall Point, 15th Floor
Richmond, VA 23219
Telephone: (804) 697-1254
Facsimile: (804) 698-6013
Email: timothy.st.george@troutman.com
Email: noah.dipasquale@troutman.com

Angelo A. Stio III [*pro hac vice forthcoming*]
**TROUTMAN PEPPER LOCKE LLP**
104 Carnegie Center, Suite 203
Princeton, New Jersey 08543
Telephone: (609) 951-4125

Facsimile: (609) 452-1147
Email: angelo.stio@troutman.com

*Counsel for Liberty University, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2026, I caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ Timothy St. George*
Timothy St. George

*Counsel for Liberty University, Inc.*