CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

7/28/2026

LAURA A. AUSTIN, CLERK
BY:  s/ ARLENE LITTLE
      DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
### LYNCHBURG DIVISION

|  |  |
|---|---|
| KYLER LYONS,<br><br>    *Plaintiff,*<br>  v.<br><br>LIBERTY UNIVERSITY, INC.,<br><br>    *Defendant.* | CASE NO. 6:26-CV-00007<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

For the reasons stated in the accompanying Memorandum Opinion, Liberty's motion to dismiss (Dkt. 16) is **GRANTED IN PART** and **DENIED IN PART**.  Specifically, it is granted to the extent that Lyons' Electronic Communications Privacy Act ("ECPA") claim is dismissed without prejudice. It is denied in all other respects.

Entered this 28th day of July, 2026.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE