**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| **KYLER LYONS,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**LIBERTY UNIVERSITY, INC.,**<br><br>**Defendant.** | **Civil Action No. 6:26-cv-00007** |

**DEFENDANT LIBERTY UNIVERSITY, INC.'S**
**MOTION TO DISMISS COUNT V OF THE AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Liberty University, Inc., moves this Court for an order dismissing Count V of Plaintiff Kyler Lyons' ("Plaintiff") Amended Complaint because Plaintiff fails to state a claim entitling Plaintiff to relief. The reasons supporting this request are set forth in the accompanying brief in support.

Dated: September 14, 2026

*<u>/s/ Noah J. DiPasquale</u>*
Noah J. DiPasquale
Virginia State Bar No. 96519
Timothy St. George
Virginia State Bar No. 77349
TROUTMAN PEPPER LOCKE LLP
1001 Haxall Point, 15th Floor
Richmond, VA 23219
Telephone: (804) 697-1254
Facsimile: (804) 698-6013
Email: noah.dipasquale@troutman.com
Email: timothy.st.george@troutman.com

Angelo A. Stio III [*Pro Hac Vice forthcoming*]
TROUTMAN PEPPER LOCKE LLP
104 Carnegie Center, Suite 203
Princeton, New Jersey 08543
Telephone: (609) 951-4125
Facsimile: (609) 452-1147
Email: angelo.stio@troutman.com

*Attorneys for Defendant Liberty University*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2026, I caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ Noah J. DiPasquale, Esq.*
Noah J. DiPasquale, Esq.

*Counsel for Liberty University, Inc.*



334550186